**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Dedios MARTINEZ, Defendant—
Appellant.**

**No. 05–10444.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 13, 2006.

Mary Beth Pfister, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David M. Ochoa, Esq., Phoenix, AZ, for Defendant–Appellant.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Juan Dedios Martinez appeals from the district court's order revoking his supervised release and imposing an 8–month sentence. He originally pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Martinez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's order.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.